

**ORDERED in the Southern District of Florida on September 22, 2023.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| IN RE: | CASE NO. 23-17592-MAM |
|---|---|
| MV RECEIVABLES II, LLC, | CHAPTER 11 |
| Debtor. | |
| IN RE: | CASE NO. 23-17593-MAM |
| MV RECEIVABLES, III, LLC, | CHAPTER 11 |
| Debtor. | |
| IN RE: | CASE NO. 23-17600-MAM |
| MV REALTY OF SOUTH CAROLINA, LLC, | CHAPTER 11 |
| Debtor. | |

| | |
|---|---|
| IN RE:<br><br>MV OF MASSACHUSETTS, LLC,<br><br>    Debtor. | CASE NO. 23-17609-MAM<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY MICHIGAN, LLC,<br><br>    Debtor. | CASE NO. 23-17617-MAM<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY PBC, LLC,<br><br>    Debtor. | CASE NO. 23-17594-MAM<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF NEW JERSEY, LLC,<br><br>    Debtor. | CASE NO. 23-17603-MAM<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF WASHINGTON, LLC,<br><br>    Debtor. | CASE NO. 23-17607-MAM<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF MARYLAND, LLC,<br><br>    Debtor. | CASE NO. 23-17602-MAM<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF TENNESSEE, LLC,<br><br>    Debtor. | CASE NO. 23-17623-MAM<br><br>CHAPTER 11 |
| IN RE:<br><br>MV REALTY OF WISCONSIN, LLC,<br><br>    Debtor. | CASE NO. 23-17625-MAM<br><br>CHAPTER 11 |

| IN RE: MV REALTY OF NEVADA, LLC, Debtor. | CASE NO. 23-17604-MAM CHAPTER 11 |
|---|---|
| IN RE: MV REALTY OF OREGON, LLC, Debtor. | CASE NO. 23-17622-MAM CHAPTER 11 |
| IN RE: MV REALTY OF INDIANA, LLC, Debtor. | CASE NO. 23-17613-MAM CHAPTER 11 |
| IN RE: MV HOMES OF NEW YORK, LLC, Debtor. | CASE NO. 23-17620-MAM CHAPTER 11 |
| IN RE: MV REALTY OF IDAHO, LLC, Debtor. | CASE NO. 23-17612-MAM CHAPTER 11 |
| IN RE: MV REALTY OF COLORADO, LLC, Debtor. | CASE NO. 23-17601-MAM CHAPTER 11 |

## ORDER GRANTING
## *EX-PARTE* MOTION FOR INTRA-DIVISION TRANSFER OF CASE

**THIS CAUSE** came before the Court upon the *Ex-Parte Motion For Intra-Division Transfer of Case* [ECF No. 2] (the "Motion"), filed on behalf of each of the Debtors in the above-captioned cases, and the Court, having reviewed the file, having determined that good and

3

sufficient cause exist in support of granting relief on an *ex-parte* basis, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is GRANTED.

2. Each of the above-captioned cases is transferred to The Honorable Erik P. Kimball.

3. The Clerk of the Court is directed to enter a true and correct copy of this Order on the docket in each of the above-captioned cases.

4. The Court reserves jurisdiction to interpret and enforce this Order.

###

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 N.E. 3rd Avenue
Suite 1500
Ft. Lauderdale, Florida 33301
Tel. No. (954) 745-5897
mseese@seeselaw.com

Copies furnished to:

Michael D. Seese, Esq., who is directed to serve conforming copies of this Order upon all required parties and to file a certificate of service with the Court.