United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 23-17594-EPK |
| MV Realty PBC, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 22, 2023 | Form ID: CGFI9 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | MV Realty PBC, LLC, 815 Broken Sound Parkway, Suite 140, Boca Raton, FL 33487 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 24, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael D. Seese, Esq. | on behalf of Debtor MV Realty PBC  LLC mseese@seeselaw.com, sseward@seeselaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 2

CGFI9 (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 23−17594−EPK

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

MV Realty PBC, LLC
815 Broken Sound Parkway
Suite 140
Boca Raton, FL 33487

EIN: 85−1526796

## NOTICE OF REASSIGNMENT

    In accordance with the Order of Intra−District Transfer entered on 9/22/2023 by Judge Mindy A Mora, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073−1(B).

    Accordingly, this case is hereby reassigned to the Honorable **Erik P Kimball**.

**Dated: 9/22/23**

**CLERK OF COURT**
By: Lorraine Adam
Deputy Clerk

The clerk shall serve this notice on all parties of record.