

**ORDERED in the Southern District of Florida on April 3, 2024.**

Erik P. Kimball
Chief United States Bankruptcy Judge

___

**UNITED STATES BANKRUPTCY COURT IN THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| MV REALTY PBC, LLC *et al.*, | ) |
| | ) CASE NO. 23-17590-EPK |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

### ORDER PERMITTING AMICUS CURIAE

This matter came before the court for hearing on April 3, 2024 upon the Motion to Appear as Amicus Curiae [ECF No. 1174] (the "Motion") of the National Consumer Law Center ("NCLC"). The court having reviewed the Motion and good cause appearing therefor, it is

**ORDERED** that the NCLC may appear before this court as Amicus Curiae in this case. The NCLC shall file its Amicus Brief, attached as a proposed Amicus Brief as Exhibit 1 to the Motion, and all exhibits thereto, by separate docket entry.

###

**Submitted by:**

Jessey Krehl, Esq.

*Counsel to the National Consumer Law Center*

Pack Law, P.A.

51 Northeast 24th Street, Suite 108

Miami, Florida 33137

Tel: 305-916-4500

Email: jessey@packlaw.com

Attorney Jessey J. Krehl, Esq. is directed to serve a copy of this order on interested parties entitled to receive service hereof who do not receive service by CM/ECF pursuant to applicable rules.